**US DISTRICT COURT**
**EASTERN DISTRICT COURT OF NEW YORK**

| | | |
|---|---|---|
| XAVIER DUPERVIL, | ) | |
| | ) | RECEIVED |
| Plaintiff, | ) | FEB 2 7 2023 |
| | ) | PRO SE OFFICE |
| v. | ) | Case No. |
| | ) | |
| EXPERIAN INFORMATION SOLUTIONS INC., EQUIFAX INC., | | CV 23-1644 |
| TRANSUNION RISK AND ALTERNATIVE DATA SOLUTIONS, | | Kovner, J. |
| AND CAPITAL ONE BANK (USA) NA | ) | |
| | ) | COMPLAINT     Pollak, M.J. |
| | ) | |
| Defendant. | ) | |

1.      This Court has jurisdiction over this action under state law and 15 U.S.C. § 1681p.

2.      This Court has jurisdiction over Defendant because Defendant is a resident of Kings County, New York.

3.      Plaintiff, a consumer, sent a written dispute on or about January 19, 2023, to Defendant, a consumer reporting agency and a data furnisher, disputing the completeness and/or accuracy of a tradeline by Capital One Bank (USA) NA – account number 5178059101564681, which was in a consumer reports concerning Plaintiff prepared, maintained, and published to others by Defendant, and Defendant negligently and/or willfully failed to follow reasonable procedures to assure maximum accuracy of the date in consumer reports concerning Plaintiff, and investigate, delete, or modify the disputed information, and provide a response to Plaintiff within 30 days of receipt of Plaintiff's dispute.

4.      Due to Defendant's conduct, Plaintiff has suffered personal, and financial damages. On November 2022, Plaintiff attempted to apply for additional credit in an attempt to

improve the family's living conditions. Plaintiff's application came back denied due to the disputed account listed above. Plaintiff has been unable to move forward in obtaining a better quality of life for the Plaintiff and the Plaintiff's family. That affected the Plaintiff's mental health and have to seek professional help.

5.    Due to Defendant's conduct, Defendant is liable to Plaintiff for actual, statutory, and punitive damages, and costs under the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.*

WHEREFORE, Plaintiff prays for damages in the amount of $45,000 plus $5,000 to date, and all future costs of this suit, and such other relief the Court does deem just, equitable and proper.

STATE OF NEW YORK    )
                             )
KINGS COUNTY         )

I, XAVIER DUPERVIL, swear that the foregoing is a just and true statement of the amount owing by Defendant to Plaintiff, exclusive of all set-offs and just grounds of defense.

By affixing this electronic verification, oath, or affidavit to the pleading submitted to the court and attaching my electronic signature hereon, I do hereby swear or affirm that the statements set forth in the above pleading are true and correct.

Dated: 02/08/2023

*Xavier Dupervil*
_____
Xavier Dupervil
1175 Bedford Ave Apt 3, Brooklyn New York 11216
Email:xavier.dupervil@yahoo.com
PLAINTIFF (*pro se*)

## CERTIFICATE OF SERVICE

I certify or affirm that on this date I served Defendant with a courtesy copy of the foregoing Amended Complaint via electronic email and U.S.P.S. regular mail with sufficient postage thereon to Defendant's following address:

**Experian Information Solutions, Inc.:**

**CT Corporation System**
**28 Liberty Street**
**New York, NY 10005**

**Equifax, Inc.:**

**The Prentice-Hall Corporation**
**80 State Street**
**Albany, NY 12207**

**Transunion Risk and Alternative Data Solutions:**

**Corporation Service Company**
**80 State Street**
**Albany, NY 12207**

**Capital One Bank (USA) NA:**

**Corporation Service Company**
**80 State Street**
**Albany, NY 12207**

Respectfully submitted,

Dated: 02/08/2023

*Xavier Dupervil*
Xavier Dupervil

# EXHIBIT A

  **smartcredit®**    Partnered with TransUnion | experian | EQUIFAX

 

**CAPITAL ONE**

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | 51780591**** | 51780591**** | 51780591**** |
| High Balance: | $682 | $682 | $500 |
| Last Verified: | 12/01/2022 | | |
| Date of Last Activity: | 11/15/2022 | 11/01/2022 | 11/01/2022 |
| Date Reported: | 12/01/2022 | 11/30/2022 | 12/01/2022 |
| Date Opened: | 12/14/2020 | 12/01/2020 | 12/01/2020 |
| Balance Owed: | $0 | $0 | $0 |
| Closed Date: | 2022-12-01 | -- | -- |
| Account Rating: | Paid | Paid | Derogatory |
| Account Description: | Individual | Individual | Individual |
| Dispute Status: | Account not disputed | Account not disputed | Account disputed |
| Creditor Type: | Bank Credit Cards | Bank Credit Cards | All Banks |
| Account Status: | Closed | Closed | Open |
| Payment Status: | Current | Late 90 Days | Current |
| Creditor Remarks: | Dispute resolved; reported by grantor | Account was in dispute - now resolved - reported by subscriber. Account legally paid in full for less than the full balance. -- | Consumer disputes - reinvestigation in progress Settlement accepted on this account |
| Payment Amount: | $0 | $0 | $0 |
| Last Payment: | 11/15/2022 | 11/15/2022 | 11/01/2022 |
| Term Length: | -- | -- | -- |
| Past Due Amount: | $0 | $0 | $0 |
| Account Type: | Credit Card | Credit Card | -- |
| Payment Frequency: | -- | -- | -- |
| Credit Limit: | $500 | $500 | -- |

Two-Year payment history



| Inaccuracies | Transunion | Experian | Equifax |
|---|---|---|---|
| High Balance | $682 | $682 | $500 |
| Date of Last activity | 11/15/2022 | 11/01/2022 | 11/01/2022 |
| Account Rating | PAID | PAID | DEROGATORY |
| Account Status | CLOSED | CLOSED | OPEN |
| Payment Status | CURRENT | LATE 90 DAYS | CURRENT |

# EXHIBIT B

Xavier Dupervil
1175 Bedford Ave. Apt 3
Brooklyn, New York 11216

01/19/2023

Equifax Information Services LLC
P.O. Box 105139
Atlanta, GA 30348

**To Whom it may concern:**

This letter is a formal complaint that you are reporting inaccurate and incomplete credit information.

I am distressed that you have included the information below in my credit profile and that you have failed to maintain reasonable procedures in your operations to assure maximum possible accuracy in the credit reports you publish. Credit reporting laws ensure that the information reported is completely accurate and correct. The following information therefore needs to be investigated.

1. Under 15 US Code 1666B Billing Error A creditor may not treat a payment on a credit card account under an open end consumer credit plan as late for any purpose unless the creditor has adopted reasonable procedures designed to ensure that each periodic statement including the information required by section 1637(b) of this title is mailed or delivered to the consumer not later than 21 days before the payment due date
    CAPITAL ONE
    Account Number: 51780591
    Remove this inaccurate information from my report. According to 15 U.S. Code § 1681i, you are in violation if you fail to conduct a reasonable reinvestigation to determine whether the disputed information is inaccurate and delete the item from the file in accordance with paragraph (5), before the end of the 30-day period beginning on the date on which the agency receives the notice of the dispute from the consumer or reseller.. I have listed the inaccurate and inconsistent information that is reporting to different bureaus. I am demanding deletion of this account.

## smartcredit®   Partnered with TransUnion Experian EQUIFAX

CAPITAL ONE

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | 51780591**** | 51780591**** | 51780591**** |
| High Balance: | $682 | $682 | $500 |
| Last Verified: | -- | -- | -- |
| Date of Last Activity: | 11/15/2022 | 11/01/2022 | 11/01/2022 |
| Date Reported: | 12/01/2022 | 11/30/2022 | 12/01/2022 |
| Date Opened: | 12/14/2020 | 12/01/2020 | 12/01/2020 |
| Balance Owed: | $0 | $0 | $0 |
| Closed Date: | 2022-12-01 | -- | -- |
| Account Rating: | Paid | Paid | Derogatory |
| Account Description: | Individual | Individual | Individual |
| Dispute Status: | Account not disputed | Account not disputed | Account disputed |
| Creditor Type: | Bank Credit Cards | Bank Credit Cards | All Banks |
| Account Status: | Closed | Closed | Open |
| Payment Status: | Current | Late 90 Days | Current |
| Creditor Remarks: | Dispute resolved; reported by grantor | Account was in dispute - now resolved - reported by subscriber. Account legally paid in full for less than the full balance. | Consumer disputes - reinvestigation in progress Settlement accepted on this account |
| Payment Amount: | $0 | $0 | $0 |
| Last Payment: | 11/15/2022 | 11/15/2022 | 11/01/2022 |
| Term Length: | -- | -- | -- |
| Past Due Amount: | $0 | $0 | $0 |
| Account Type: | Credit Card | Credit Card | -- |
| Payment Frequency: | -- | -- | -- |
| Credit Limit: | $500 | $500 | -- |

Two-Year payment history

TransUnion

| NOV | DEC | '21 | FEB | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | NOV | DEC | '22 | FEB | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | 90 | | |

 

Experian

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | 90 | | CO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

By the provisions of the Fair Credit Reporting Act, I demand that these items be investigated and removed from my report. It is my understanding that you will recheck these items with the furnisher who has posted them. Please remove any inaccurate or inconsistent information reported by the furnisher. I understand that under 15 U.S.C. Sec. 1681i(a)(5), you must complete this reinvestigation within 30 days of receipt of this letter. Please note that this is your official notice and confirmation of inaccuracies and errors on my credit report.

If you continue to report these accounts, you are in direct violation of 15 USC 1681s-2 (a)(1)(B), and I will be filing a federal complaint with the district court of my state per 15 usc 1681p. **Please comply, otherwise, that is also in violation of 12 CFR Part 1006, which is a law that enforces observance or compliance with the FDCPA laws.**

Please send an updated copy of my credit report to the above address. I also request that you please send notices of corrections to anyone who received my credit report in the past six months.

Thank you for your time and help in this matter.

Sincerely,

*Xavier Dupervil*

Xavier Dupervil

      

Download    All Pages    Print    Access Stats    Trash Fax

‹ Page 1 of 4 ›

**Fax Send Successful**

Xavier Dupervil
1175 Bedford Ave. Apt 3
Brooklyn, New York 11216

01/19/2023

Equifax Information Services LLC
P.O. Box 105139
Atlanta, GA 30348

**To Whom It may concern:**

This letter is a formal complaint that you are reporting inaccurate and incomplete credit information.

I am distressed that you have included the information below in my credit profile and that you have failed to maintain reasonable procedures in your operations to assure maximum possible accuracy in the credit reports you publish. Credit reporting laws ensure that the information reported is completely accurate and correct. The following information therefore needs to be investigated.

1. Under 15 US Code 1666B Billing Error A creditor may not treat a payment on a credit card account under an open end consumer credit plan as late for any purpose unless the creditor has adopted reasonable procedures designed to ensure that each periodic statement including the information required by section 1637(b) of this title is mailed or delivered to the consumer not later than 21 days before the payment due date
  CAPITAL ONE
  Account Number: 51780591

Remove this inaccurate information from my report. According to 15 U.S. Code § 1681i, you are in violation if you fail to conduct a reasonable reinvestigation to determine whether the disputed information is inaccurate and delete the item from the file in accordance with paragraph (5), before the end of the 30-day period beginning on the date on which the agency receives the notice of the dispute from the consumer or reseller.. I have listed the inaccurate and inconsistent information that is reporting to different bureaus. I am demanding deletion of this account.

smartcredit'         **EQUIFAX**    ⊙    ≡

CAPITAL ONE

| | Transunion | Experian | Equifax |
|---|---|---|---|
| Account #: | 51780591**** | 51780591**** | 51780591**** |
| High Balance: | $682 | $682 | $500 |

| From | (907) 885 - 2443 |
|---|---|
| To | (888) 826 - 0598 |
| Subject | Xavier Dupervil |
| Pages Sent | 4 / 4 |
| Transmission Time | 7 minutes, 55 seconds |
| Sent From | Dashboard |
| Sender | Xavier Dupervil |
| Page Size | Letter |
| Resolution | Fine |

| ATTACHMENT FILE NAME | SIZE | PAGES |
|---|---|---|
| xavier1EQ.pdf | 0.07 mb | 2 |
| DXavierIDs.pdf | 0.41 mb | 2 |

# EXHIBIT C

Xavier Dupervil
1175 Bedford Ave. Apt 3
Brooklyn, New York 11216


01/19/2023

Experian
P.O. Box 2002
Allen, TX 75013


**To Whom it may concern:**


This letter is a formal complaint that you are reporting inaccurate and incomplete credit information.


I am distressed that you have included the information below in my credit profile and that you have failed to maintain reasonable procedures in your operations to assure maximum possible accuracy in the credit reports you publish. Credit reporting laws ensure that the information reported is completely accurate and correct. The following information therefore needs to be investigated.


1. Under 15 US Code 1666B Billing Error A creditor may not treat a payment on a credit card account under an open end consumer credit plan as late for any purpose unless the creditor has adopted reasonable procedures designed to ensure that each periodic statement including the information required by section 1637(b) of this title is mailed or delivered to the consumer not later than 21 days before the payment due date
    CAPITAL ONE
    Account Number: 51780591
    Remove this inaccurate information from my report. According to 15 U.S. Code § 1681i, you are in violation if you fail to conduct a reasonable reinvestigation to determine whether the disputed information is inaccurate and delete the item from the file in accordance with paragraph (5), before the end of the 30-day period beginning on the date on which the agency receives the notice of the dispute from the consumer or reseller.. I have listed the inaccurate and inconsistent information that is reporting to different bureaus. I am demanding deletion of this account.

**smartcredit®**  Partnered with  TransUnion  Experian  **EQUIFAX**      ≡

CAPITAL ONE

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | 51780591**** | 51780591**** | 51780591**** |
| High Balance: | $682 | $682 | $500 |
| Last Verified: | 12/01/2022 | -- | -- |
| Date of Last Activity: | 11/15/2022 | 11/01/2022 | 11/01/2022 |
| Date Reported: | 12/01/2022 | 11/30/2022 | 12/01/2022 |
| Date Opened: | 12/14/2020 | 12/01/2020 | 12/01/2020 |
| Balance Owed: | $0 | $0 | $0 |
| Closed Date: | 2022-12-01 | -- | -- |
| Account Rating: | Paid | Paid | Derogatory |
| Account Description: | Individual | Individual | Individual |
| Dispute Status: | Account not disputed | Account not disputed | Account disputed |
| Creditor Type: | Bank Credit Cards | Bank Credit Cards | All Banks |
| Account Status: | Closed | Closed | Open |
| Payment Status: | Current | Late 90 Days | Current |
| Creditor Remarks: | Dispute resolved; reported by grantor | Account was in dispute - now resolved - reported by subscriber. Account legally paid in full for less than the full balance. -- | Consumer disputes - reinvestigation in progress Settlement accepted on this account |
| Payment Amount: | $0 | $0 | $0 |
| Last Payment: | 11/15/2022 | 11/15/2022 | 11/01/2022 |
| Term Length: | -- | -- | -- |
| Past Due Amount: | $0 | $0 | $0 |
| Account Type: | Credit Card | Credit Card | -- |
| Payment Frequency: | -- | -- | -- |
| Credit Limit: | $500 | $500 | -- |

Two-Year payment history

| TransUnion | | | NOV | DEC | '21 | FEB | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | NOV | DEC | '22 | FEB | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | 90 | | |
| Experian | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | 90 | | CO |

By the provisions of the Fair Credit Reporting Act, I demand that these items be investigated and removed from my report. It is my understanding that you will recheck these items with the furnisher who has posted them. Please remove any inaccurate or inconsistent information reported by the furnisher. I understand that under 15 U.S.C. Sec. 1681i(a)(5), you must complete this reinvestigation within 30 days of receipt of this letter. Please note that this is your official notice and confirmation of inaccuracies and errors on my credit report.

If you continue to report these accounts, you are in direct violation of 15 USC 1681s-2 (a)(1)(B), and I will be filing a federal complaint with the district court of my state per 15 usc 1681p. **Please comply, otherwise, that is also in violation of 12 CFR Part 1006, which is a law that enforces observance or compliance with the FDCPA laws.**

Please send an updated copy of my credit report to the above address. I also request that you please send notices of corrections to anyone who received my credit report in the past six months.

Thank you for your time and help in this matter.

Sincerely,

*Xavier Dupervil*

Xavier Dupervil


**::Experian**
A world of insight

# Personal Credit Report

 **Confirmation**

Your document upload was successful! If your uploaded document is in support of a dispute, it will be sent to the appropriate data furnisher. Once we have received a response from the data furnisher (if applicable), you will be notified of the results. Documents uploaded on weekends or holidays will be considered received by Experian on the next business day.

Exit >>

©Experian 2023. All rights reserved.
Experian and the marks used herein are service marks or registered trademarks of Experian.
Other product and company names mentioned herein may be the trademarks of their respective owners.

# EXHIBIT D

Xavier Dupervil
1175 Bedford Ave. Apt 3
Brooklyn, New York 11216


01/19/2023


TransUnion LLC Consumer Dispute Center
PO Box 2000
Chester, PA 19016


**To Whom it may concern:**


This letter is a formal complaint that you are reporting inaccurate and incomplete credit information.


I am distressed that you have included the information below in my credit profile and that you have failed to maintain reasonable procedures in your operations to assure maximum possible accuracy in the credit reports you publish. Credit reporting laws ensure that the information reported is completely accurate and correct. The following information therefore needs to be investigated.


1. Under 15 US Code 1666B Billing Error A creditor may not treat a payment on a credit card account under an open end consumer credit plan as late for any purpose unless the creditor has adopted reasonable procedures designed to ensure that each periodic statement including the information required by section 1637(b) of this title is mailed or delivered to the consumer not later than 21 days before the payment due date

CAPITAL ONE

Account Number: 51780591

Remove this inaccurate information from my report. According to 15 U.S. Code § 1681i, you are in violation if you fail to conduct a reasonable reinvestigation to determine whether the disputed information is inaccurate and delete the item from the file in accordance with paragraph (5), before the end of the 30-day period beginning on the date on which the agency receives the notice of the dispute from the consumer or reseller.. I have listed the inaccurate and inconsistent information that is reporting to different bureaus. I am demanding deletion of this account.

---

**smartcredit**®   Partnered with   TransUnion   experian   **EQUIFAX**

CAPITAL ONE

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | 51780591**** | 51780591**** | 51780591**** |
| High Balance: | $682 | $682 | $500 |
| Last Verified: | 12/01/2022 | -- | -- |
| Date of Last Activity: | 11/15/2022 | 11/01/2022 | 11/01/2022 |
| Date Reported: | 12/01/2022 | 11/30/2022 | 12/01/2022 |
| Date Opened: | 12/14/2020 | 12/01/2020 | 12/01/2020 |
| Balance Owed: | $0 | $0 | $0 |
| Closed Date: | 2022-12-01 | -- | -- |
| Account Rating: | Paid | Paid | Derogatory |
| Account Description: | Individual | Individual | Individual |
| Dispute Status: | Account not disputed | Account not disputed | Account disputed |
| Creditor Type: | Bank Credit Cards | Bank Credit Cards | All Banks |
| Account Status: | Closed | Closed | Open |
| Payment Status: | Current | Late 90 Days | Current |
| Creditor Remarks: | Dispute resolved; reported by grantor | Account was in dispute - now resolved - reported by subscriber. Account legally paid in full for less than the full balance. -- | Consumer disputes - reinvestigation in progress Settlement accepted on this account |
| Payment Amount: | $0 | $0 | $0 |
| Last Payment: | 11/15/2022 | 11/15/2022 | 11/01/2022 |
| Term Length: | -- | -- | -- |
| Past Due Amount: | $0 | $0 | $0 |
| Account Type: | Credit Card | Credit Card | -- |
| Payment Frequency: | -- | -- | -- |
| Credit Limit: | $500 | $500 | -- |

Two-Year payment history

| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | 90 | | | |
| | NOV | DEC | '21 | FEB | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | NOV | DEC | '22 | FEB | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV |

| Experian | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 40 | 90 | | | CO |




By the provisions of the Fair Credit Reporting Act, I demand that these items be investigated and removed from my report. It is my understanding that you will recheck these items with the furnisher who has posted them. Please remove any inaccurate or inconsistent information reported by the furnisher. I understand that under 15 U.S.C. Sec. 1681i(a)(5), you must complete this reinvestigation within 30 days of receipt of this letter. Please note that this is your official notice and confirmation of inaccuracies and errors on my credit report.

If you continue to report these accounts, you are in direct violation of 15 USC 1681s-2 (a)(1)(B), and I will be filing a federal complaint with the district court of my state per 15 usc 1681p. **Please comply, otherwise, that is also in violation of 12 CFR Part 1006, which is a law that enforces observance or compliance with the FDCPA laws.**

Please send an updated copy of my credit report to the above address. I also request that you please send notices of corrections to anyone who received my credit report in the past six months.

Thank you for your time and help in this matter.

Sincerely,

*Xavier Dupervil*

Xavier Dupervil

     

Download   All Pages   Print   Access Stats   Trash Fax

‹ Page 1 of 4 ›

Fax Send Successful

Xavier Dupervil
1175 Bedford Ave. Apt 3
Brooklyn, New York 11216

01/19/2023

TransUnion LLC Consumer Dispute Center
PO Box 2000
Chester, PA 19016

**To Whom It may concern:**

This letter is a formal complaint that you are reporting inaccurate and incomplete credit information.

I am distressed that you have included the information below in my credit profile and that you have failed to maintain reasonable procedures in your operations to assure maximum possible accuracy in the credit reports you publish. Credit reporting laws ensure that the information reported is completely accurate and correct. The following information therefore needs to be investigated.

1. Under 15 US Code 1666B Billing Error A creditor may not treat a payment on a credit card account under an open end consumer credit plan as late for any purpose unless the creditor has adopted reasonable procedures designed to ensure that each periodic statement including the information required by section 1637(b) of this title is mailed or delivered to the consumer not later than 21 days before the payment due date
   CAPITAL ONE
   Account Number: 51780591
   Remove this inaccurate information from my report. According to 15 U.S. Code § 1681i, you are in violation if you fail to conduct a reasonable reinvestigation to determine whether the disputed information is inaccurate and delete the item from the file in accordance with paragraph (5), before the end of the 30-day period beginning on the date on which the agency receives the notice of the dispute from the consumer or reseller.. I have listed the inaccurate and inconsistent information that is reporting to different bureaus. I am demanding deletion of this account.

 smartcredit™     **EQUIFAX**   👤   ☰

| CAPITAL ONE | | | |
|---|---|---|---|
| | **TransUnion** | **Experian** | **Equifax** |
| Account #: | 51780591**** | 51780591**** | 51780591**** |
| High Balance: | $692 | $642 | $608 |

| | | |
|---|---|---|
| **From** | | (907) 885 - 2443 |
| **To** | | (905) 527 - 0401 |
| **Subject** | | Xavier Dupervil |
| **Pages Sent** | | 4 / 4 |
| **Transmission Time** | | 7 minutes, 45 seconds |
| **Sent From** | | Dashboard |
| **Sender** | | Xavier Dupervil |
| **Page Size** | | Letter |
| **Resolution** | | Fine |

| ATTACHMENT FILE NAME | SIZE | PAGES |
|---|---|---|
| xavier1TU.pdf | 0.07 mb | 2 |
| DXavierIDs.pdf | 0.41 mb | 2 |

# EXHIBIT E

 My Account   Cards   Banking   Travel   Rewards & Benefits   Business       Help   Log In

February 3, 2023

Ref: 20230346013006USD

Dear Xavier Dupervil,

Thank you for applying for Delta SkyMiles® Gold American Express Card. We are writing to let you know that, unfortunately, we cannot approve your application at this time.

**Reason(s) for Our Decision**

Our scoring of your credit and other relevant information (see below)

We evaluated your application using a credit scoring system that considers various pieces of information, including your credit report. The following key factors contributed to our evaluation:

Based on your credit report, you are or have been past due with other creditors. (Experian)
Your FICO® score (see below)
The average credit limit on all your credit card accounts is too low (Experian)
The length of time since your credit cards were opened as reported in the last two years is too short (Experian)

**Information About Your FICO® Score**
We obtained your FICO score from Experian and used it in making our credit decision. Your FICO score is a number that reflects the information in your credit report. Your FICO score can change, depending on how the information in your credit report changes. On February 03, 2023, your FICO score was 659. The FICO score ranges from 300 to 850. The following are the key factors that contributed to your FICO score:

You have a serious delinquency on one or more of your accounts.
The length of time your accounts have been established.
The ratio of loan balances to the loan amounts is too high.
The time since your latest reported delinquency is too recent or unknown.

FICO is a registered trademark of Fair Isaac Corporation in the United States and in other countries.

We realize this may not have been the outcome you hoped for. It's been our experience that applicants who were not approved for a new account at one time may qualify in the future. We invite you to apply again at a time when your circumstances have changed.

If you have any questions, please call us at 1-800-222-8416 or write to us at the address above. You can also learn more about managing your credit at americanexpress.com/us/content/financial-
education.

# EXHIBIT F



**NORTH SHORE COUNSELING
AND
EDUCATIONAL ASSESSMENT, P.C.**

3111 New Hyde Park Rd.
New Hyde Park, NY 11040
Phone: (516) 376-0950

Dr. Joseph Stopanio, Psy. D.
*Psychologist*
*Clinincal Director*

## Psychological Evaluation
## Confidential

**Patient's Name:** Mr. Xavier Dupervil
**Date of Birth:** 05/30/2001
**Address:** 1175 Bedford Ave, Apt 3 Brooklyn, NY 11216
**Date of Evaluation:** January 12ᵗʰ, 2023
**Evaluator:** Joseph A. Stopanio, Psy.D. Psychologist

# EXHIBIT G

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  FEB 27 2023  ★

BROOKLYN OFFICE

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

XAVIER DUPERVIL

**DEFENDANTS**

EXPERIAN INFORMATION SOLUTIONS INC, EQUIFAX INC, TRANSUNION RISK AND ALTERNATIVE DATA SOLUTIONS, AND CAPITAL ONE BANK (USA) NA

**(b)** County of Residence of First Listed Plaintiff   Kings County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant New York County
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [x] 3  Federal Question *(U.S. Government Not a Party)*
- [ ] 2  U.S. Government Defendant
- [ ] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | **LABOR** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | | [x] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| | | | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education | [ ] 550 Civil Rights | [ ] 465 Other Immigration Actions | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 USC 1681 (FCRA)
Brief description of cause:
FAIR CREDIT REPORTING ACT, INCOMPLETE & INACCURATE REPORTING

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   [ ] Yes   [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

PRESS FIRMLY TO SEAL



# PRIORITY MAIL ®
## ★ MAIL ★

 **DATE OF DELIVERY SPECIFIED***

 **USPS TRACKING™ INCLUDED***

 **INSURANCE INCLUDED***

�GO **PICKUP AVAILABLE**

\* Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

This envelope is made from post-consumer waste. Please recycle again.



US POSTAGE AND FEES PAID
PRIORITY MAIL
Feb 23 2023
Mailed from ZIP 77388
PRIORITY MAIL
ZONE 6 FLAT-RATE ENV.
10862492
Commercial Plus Pricing   062S0014949909

### PRIORITY MAIL 2-DAY

Xavier Dupervil                    C030
Dupervil Xavier
139 CYPRESSWOOD DR
SPRING TX 77388-6034

SHIP
TO:
Eastern District Of New York
225 CADMAN PLZ E
BROOKLYN NY 11201-1832

USPS TRACKING #



9405 5112 0620 7339 5604 04

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved



PS00001000014

EP14F July 2013
OD: 12.5 x 9.5

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE


UNITED STATES
POSTAL SERVICE ®