UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| XAVIER DUPERVIL<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA)NA, EQUIFAX INC., EXPERIAN INFORMATION SOLUTIONS INC., AND TRANSUNION LLC, Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 1:23-cv-01644-RPK-LB<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

RECEIVED MAR 30 2023 PRO SE OFFICE

## FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff **Xavier Dupervil** as and for his Complaint respectfully alleges as follows:

### I.   INTRODUCTION

1.  This is a civil action by Plaintiff, an individual consumer, seeking actual, statutory and punitive money damages against Defendants **Capital One Bank (USA) N.A.** ("Capital One"), EQUIFAX INC. ("Equifax"), EXPERIAN INFORMATION SOLUTIONS INC. ("Experian"), and TRANSUNION LLC ("Transunion") for violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (hereinafter "FCRA").

### II.   JURISDICTION AND VENUE

2.  Jurisdiction of this court arises under 15 U.S.C. § 1681(p) and 28 U.S.C. § 1331. Venue in this District is proper in that the Defendant transact business in the city of

Brooklyn, Kings County, New York, and the conduct complained of occurred in Brooklyn, New York.

### III.　PARTIES

3.　Plaintiff is a natural person residing in Brooklyn, Kings County, New York.

4.　Plaintiff is a "consumer" as defined by the Fair Credit Reporting Act, 15 U.S.C. §1681a, (b) and (c).

5.　Upon information and belief, Defendant Capital One is a Delaware corporation duly authorized and qualified to do business in the State of New York.

6.　Upon information and belief, Defendant Experian is an Ohio corporation duly authorized and qualified to do business in the State of New York.

7.　Upon information and belief, Defendant Equifax is a Georgia corporation duly authorized and qualified to do business in the State of New York.

8.　Upon information and belief, Defendant Transunion is an Illinois corporation duly authorized and qualified to do business in the State of New York.

### IV.　FACTS OF THE COMPLAINT

8.　In January 2023, Plaintiff obtained a copy of his consumer report and discovered incomplete, inaccurate, false information furnished by the Defendants, specifically a tradeline by Capital One Bank (USA) N.A. – account number 5178059101564681.

9.　On or about February 2, 2023, Plaintiff sent written disputes to Defendants disputing the completeness and/or accuracy of the account, specifically the high balance

2

was inaccurate; the date of last activity was inaccurate; **the account rating was inaccurate; the account status was inaccurate;** and, the payment status was inaccurate.

10. Upon information and belief, Defendants Experian, Equifax and Transunion sent a dispute to **Capital One Bank** providing all relevant disputed information.

11. In March 2023, Plaintiff noticed that the inaccurate account information was still being reported on his consumer report.

12. As a result of the actions and inactions of Defendants, Plaintiff suffered damages, including but not limited to, his FICO scores to be lowered resulting in him being denied credit or being granted credit with a much higher interest rate, severe humiliation, emotional distress and mental anguish.

## V. FIRST CLAIM FOR RELIEF
## 15 U.S.C. § 1681e(b)
## (Defendant Capital One, Experian, Equifax and TransUnion)

13. Plaintiff re-alleges and incorporates by reference paragraphs 1-12 above.

14. Defendants Capital One, Experian, Equifax and TransUnion violated 15 U.S.C. § 1681e(b) because they failed to follow reasonable procedures to assure maximum possible accuracy of the Capital One trade line information when preparing a consumer report purportedly concerning Plaintiff.

15. Defendants Capital One, Experian, Equifax and TransUnion have caused injury in fact to Plaintiff by causing mental and emotional distress, damage to credit rating, and other damages to Plaintiff.

3

16. At all times alleged herein, Defendants **Capital One**, Experian, Equifax and TransUnion acted negligently and/or willfully.

17. Defendants **Capital One**, Experian, Equifax and TransUnion is liable to Plaintiff for actual damages, punitive damages and costs pursuant to 15 U.S.C. §1681n and actual damages and costs pursuant to 15 U.S.C. §1681o.

## VI. SECOND CLAIM FOR RELIEF
## 15 U.S.C. §1681i(a)(2)
## (Defendants **Capital One**, Experian, Equifax and TransUnion)

18. Plaintiff re-alleges and incorporates by reference paragraphs 1-17 above.

19. Defendants **Capital One**, Experian, Equifax and TransUnion have failed to comply with the reinvestigation requirements in 15 U.S.C. §1681i.

20. Defendants **Capital One**, Experian, Equifax and TransUnion have violated 15 U.S.C. § 1681i(a)(2) in that they failed to consider and forward all relevant information to the CRA's (credit reporting agencies).

21. Defendants **Capital One**, Experian, Equifax and TransUnion have caused injury in fact, by causing, among other effects, mental and emotional distress, damage to credit reputation, and resulting in credit damages to Plaintiff.

22. Defendants **Capital One**, Experian, Equifax and TransUnion have done so either negligently or willfully.

23. Plaintiff is entitled to actual damages, punitive damages and costs pursuant 15 U.S.C. § 1681o.

24. Alternatively, Plaintiff is entitled to actual damages and costs if the violation is negligent, pursuant to 15 U.S.C. §1681n.

### VII. THIRD CLAIM FOR RELIEF
### 15 U.S.C. §1681i(a)(4)
### (Defendants Capital One, Experian, Equifax and TransUnion)

25. Plaintiff re-alleges and incorporates by reference paragraphs 1-24 above.

26. Defendants Capital One, Experian, Equifax and TransUnion has violated 15 U.S.C. §1681i(a)(4) in that they failed to delete information that was inaccurate or could not be verified.

27. Defendants Capital One, Experian, Equifax and TransUnion have caused injury in fact to Plaintiff by causing mental and emotional distress, damage to credit rating, and resulting in credit damages to Plaintiff.

28. At all times alleged herein, Defendants Capital One, Experian, Equifax and TransUnion acted negligently and/or willfully.

29. Defendants Capital One, Experian, Equifax and TransUnion are liable to Plaintiff for actual damages, punitive damages and costs pursuant to 15 U.S.C. §1681n and actual damages and costs pursuant to 15 U.S.C. §1681o.

### VIII. FOURTH CLAIM FOR RELIEF
### 15 U.S.C. §1681i(a)(6)(B)(iii)
### (Defendants Capital One, Experian, Equifax and TransUnion)

36. Plaintiff re-alleges and incorporates by reference paragraphs 1-35 above.

5

37. Defendants **Capital One**, Experian, Equifax and TransUnion have violated 15 U.S.C. § 1681i(a)(6)(B)(iii) in that they failed to have a procedure to prevent giving false information upon re-investigation.

38. Defendants **Capital One**, Experian, Equifax and TransUnion have caused injury in fact to Plaintiff by causing mental and emotional distress, damage to credit rating, and resulting in credit damages to Plaintiff.

39. At all times alleged herein, Defendants **Capital One**, Experian, Equifax and TransUnion acted negligently and/or willfully.

40. Defendants **Capital One** Experian, Equifax and TransUnion are liable to Plaintiff for actual damages, punitive damages and costs pursuant to 15 U.S.C. §1681n and actual damages and costs pursuant to 15 U.S.C. §1681o.

## XII. JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests a jury trial and entry of judgment in favor of Plaintiff and against all Defendants for:

    A. Actual or statutory damages pursuant to 15 U.S.C. § 1681n(a)(1)(A).

    B. Actual damages pursuant to 15 U.S.C. § 1681o(a)(1);

    C. Costs pursuant to 15 USC § 1681n(a)(3);

    D. For such other and further relief as the Court may deem just and proper.

                                                  Respectfully submitted,

Dated: March 12, 2023         By: *Xavier Dupervil* (signature)

*Submitted march 30 2023* (handwritten)

XAVIER DUPERVIL
1175 Bedford Ave Apt 3, Brooklyn
New York 11216
Email:xavier.dupervil@yahoo.com
*Pro Se*

7