RECIEVED PRO SE OFFICE NOV.08.2023 VIA BOX.COM @ 12:29 PM

1:23-cv-01644-RPK

# Good Afternoon Judge,

Experian mentions that I am using multiple cases to bully experian into a settlement... This case is not about my other pending matters... I also would like to note if Experian with stop violating my rights I wouldn't have to keep submitting lawsuits.... I think my motion to amend address Experian.. as far as damages again it needs to be given as a part of discovery I have all elements of pleading

Thanks
/S/
Xavier Dupervil