**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| XAVIER DUPERVIL,<br><br>                    Plaintiff,<br><br>          vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INC.; CAPITAL ONE BANK (USA) NA; TRANSUNION LLC,<br><br>                    Defendants. | Case No. 1:23-cv-01644-RPK-LB<br><br>**STIPULATION FOR DISMISSAL AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

Plaintiff Xavier Dupervil, proceeding pro se, and Defendant Experian Information Solutions, Inc. ("Experian") jointly stipulate that Plaintiff's claims against Experian in the above-captioned action be and hereby are dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. The Court shall retain jurisdiction to enforce the terms of the settlement. Each side shall bear his or its own attorneys' fees and costs incurred herein.

Dated: New York, New York
January 17, 2024

Respectfully submitted,

*/s/ Katherine E. Nugent*

Katherine E. Nugent
JONES DAY
250 Vesey Street
New York, NY 10281
Phone: (212) 326-3668
Email: knugent@jonesday.com

*Counsel for Defendant,*
*Experian Information Solutions, Inc.*

Xavier Dupervil

*Pro se*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties.

Dated: January 17, 2024

*/s/ Katherine E. Nugent*
Katherine E. Nugent
JONES DAY
250 Vesey Street
New York, NY 10281
Phone: (212) 326-3668
Email: knugent@jonesday.com

*Counsel for Defendant
Experian Information Solutions, Inc.*